**700**

738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Balbueno–Castillo's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Balbueno–Castillo the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Balbueno–Castillo has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

Before: ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

### MEMORANDUM **

Raymond Lee appeals pro se from the district court's judgment dismissing for lack of subject matter jurisdiction his action challenging the Social Security Administration's determination of the onset date of his disability. We review de novo a dismissal under 28 U.S.C. § 1915(e)(2), *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir.1998) (order), and we affirm.

The district court properly dismissed the action for lack of subject matter jurisdiction because Lee neither obtained a final decision before filing the action, nor stated a colorable constitutional claim. *See Subia v. Comm'r of Soc. Sec.*, 264 F.3d 899, 901 (9th Cir.2001) (explaining that the Social Security Act limits judicial review to final decisions unless there is a colorable constitutional claim); *Matlock v. Sullivan*, 908 F.2d 492, 493 (9th Cir.1990) (the denial of an untimely petition for review is not final decision).

**AFFIRMED.**

---

**Raymond LEE, Plaintiff–Appellant,**

v.

**SOCIAL SECURITY ADMINISTRATION, Defendant–Appellee.**

**No. 12–15689.**

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2013.*

Filed Aug. 2, 2013.

Raymond Lee, Mesquite, NV, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.